554

476 A.2d 63

Commonwealth v. Ramsey, Appellant.

Submitted February 27, 1984. Ronald L. Chicka, for appellant, John Pettit, Assistant District Attorney, for Commonwealth appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Order affirmed.

476 A.2d 63

Commonwealth v. Reddick, Appellant.

Petition for Allowance of Appeal
Denied Aug. 9, 1984.

Submitted January 20, 1984. Margaret M. Boyce, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.